UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNY LONG,

    Plaintiff,

v.                                          CASE NO: 8:05-cv-391-T-23EAJ

ARTHUR H. BRUNO,

    Defendant.
_____/

**ORDER**

The plaintiff files a notice (Doc. 7) of voluntary dismissal without prejudice. Rule 41(a), Federal Rules of Civil Procedure. The notice (Doc. 7) is **APPROVED** and the action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall terminate all pending motions and close the file.

ORDERED in Tampa, Florida, on July 26, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy